Erik Strindberg (Id. Bar No. 8905)
Lourdes Matsumoto (Id. Bar No. 9920)
Chad Johnson (Id. Bar No. 10101)
**STRINDBERG & SCHOLNICK, LLC**
1516 W. HAYS ST.
BOISE, ID 83702
(t) 208.336.1788
(f) 208.287.3708
erik@utahjobjustice.com
lourdes@idahojobjustice.com
chad@idahojobjustice.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **AMALIA PAZ,** | |
| Plaintiff, | **STIPULATED MOTION TO DISMISS WITH PREJUDICE** |
| vs. | **Civil No.: 1:19-CV-56** |
| **CROOKHAM COMPANY,** | **Judge William B. Shubb** |
| Defendants. | |

Plaintiff Amalia Paz ("Paz") and Defendant Crookham Company ("Crookham"), by and through the parties' respective attorneys of record, hereby stipulate to the dismissal of this action with prejudice. In accordance with a settlement agreement between the parties, each side will bear its own attorney fees and costs.

Dated this 30th day of November 2020.

*/s/ Lourdes Matsumoto*
Erik Strindberg
Lourdes Matsumoto
Chad Johnson
Counsel for Plaintiff

*/s/John R. Jameson*
*With Permission*
John R. Jameson
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2020, a true and correct copy of the foregoing was served on the following via electronic filing service:

John R. Jameson
Robert T. Wetherell
CAPITOL LAW GROUP, PLLC
205 N 10th Street, 4th Floor
PO Box 2598
Boise, ID 83701-2598
jjameson@capitollawgroup.com
rwetherell@capitollawgroup.com


   /s/ Dunja Subasic
Dunja Subasic