Erik Strindberg (Id. Bar No. 8905)
Lourdes Matsumoto (Id. Bar No. 9920)
Chad Johnson (Id. Bar No. 10101)
**STRINDBERG & SCHOLNICK, LLC**
1516 W. HAYS ST.
BOISE, ID 83702
(t) 208.336.1788
(f) 208.287.3708
erik@utahjobjustice.com
lourdes@idahojobjustice.com
chad@idahojobjustice.com

*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMALIA PAZ,<br><br>      Plaintiff,<br><br>vs.<br><br>CROOKHAM COMPANY,<br><br>      Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**Civil No.: 1:19-CV-56**<br><br>**Judge William B. Shubb** |

Based upon the Parties' Stipulated Motion to Dismiss with Prejudice (Dkt. No 34), having duly and regularly come before this Court, and good cause appearing therefor;

IT IS HEREBY ORDERED that the above-entitled action, and all causes of action and defenses raised therein, are dismissed with prejudice with each party to bear their own costs and attorney fees.

Dated:  December 2, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**ORDER OF DISMISSAL WITH PREJUDICE, Page 1**